**SIGNED THIS 17th day of December, 2021**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

**In re:**
**JO ANN MONGOLD,**                                                              **Chapter 13**
    **Debtor.**                                                                    **Case No. 21-50560**

## DISMISSAL ORDER

On November 10, 2021, Jo Ann Mongold filed a chapter 13 petition *pro se*. *See* ECF Doc. No. 1. Ms. Mongold's case has multiple deficiencies including (i) her failure to complete prepetition credit counseling, (ii) her failure to pay the filing fee, and (iii) her failure to file a chapter 13 plan. In addition, Ms. Mongold provided information in her petition that she paid Yarelis Rivera, who is not an attorney, $150.00 to help her fill out bankruptcy forms.

Because of the deficiencies in this case, the Court issued an order and noticed a hearing on whether the case should be dismissed. Ms. Mongold did not file a response to the Court's order. The Court held the hearing on December 16, 2021. Ms. Mongold did not appear at the hearing.

The Court finds that cause exists to dismiss this case under sections 109(h), 1307(c)(2) and (c)(3), because (i) Ms. Mongold is ineligible to proceed as a debtor in this case since she has not completed the prepetition credit counseling required by section 109(h) of the Bankruptcy Code; (ii) Ms. Mongold has failed to pay the filing fee; and (iii) Ms. Mongold has failed to file her chapter 13 plan timely.

Accordingly, it is

**O R D E R E D**

that the above case and all related pending motions are **DISMISSED**. It is further

**O R D E R E D**

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period.

Service of a copy of this Order shall be by mail to the debtor(s), trustee, U.S. Trustee, and all parties on the current mailing matrix.

**End of Order**